*Steven W. Varney*, in opposition.

Decided March 22, 2001

STATE OF CONNECTICUT *v.* PAUL R. GUITARD

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 531 (AC 19285), is denied.

*Tricia Jessica Johnson,* in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided March 22, 2001

STATE OF CONNECTICUT *v.* ANTHONY MONTEFUSCO

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 909 (AC 19584), is denied.

*Damon A. R. Kirschbaum,* special public defender, in support of the petition.

*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided March 22, 2001

STATE OF CONNECTICUT *v.* HERMINIO SOTOMAYOR

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 364 (AC 20518), is granted, limited to the following issue: